SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
cm@SoCalEAG.com

Attorneys for Plaintiff,
NELSON CHILIN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON CHILIN,<br><br>Plaintiff,<br><br>vs.<br><br>UPLAND 747 INC.; RAYMOND M. PODESTA, AS TRUSTEE OF THE RVR TRUST; and DOES 1 to 10,<br><br>Defendants. | **Case No.: 5:23-cv-02645 KK (SPx)**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff NELSON CHILIN ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED: March 29, 2024          SO. CAL EQUAL ACCESS GROUP

                               */s/ Jason J. Kim*
                               JASON J. KIM
                               Attorney for Plaintiff